Judge Rebecca R. Pallmeyer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 11 C 9143, *Helferich Patent Licensing v. J.S. Penney*, pending before the Hon. Samuel Der-Yeghiayan, has been identified for transfer to the Patent Case Pilot Program in which this Court is participating, therefore

It is hereby ordered that 11 C 9143, *Helferich Patent Licensing v. J.S. Penney*, is to be reassigned by lot to one of the district judges participating in the pilot program.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 11th day of January, 2012