IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-CV-9143 |
| | ) | |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| J.C. PENNEY CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## J.C. PENNEY'S STATUS AND SCHEDULING REPORT

Pursuant to the request of this Court, made during the motion hearing on April 19, 2012, J.C. Penney submits this report of the status and schedule in its case. *See, e.g., Helferich Patent Licensing, LLC v. New York Times Co. ("NYT Case"),* No. 1:11-cv-4387, Dkt. No. 143. Initially, it should be noted that the Plaintiff, Helferich Patent Licensing, LLC ("Helferich"), has filed a document in this case titled, "Joint Memorandum of Status and Schedules." (Dkt. No. 42). Helferich's document is improperly labeled as a "joint" submission. *Id*. In fact, J.C. Penney was not joined in the filing because Helferich refused J.C. Penney's requests to include its separate position statements in the document. Because J.C. Penney does not object to the statements of Helferich or the other defendants as they relate to the other Helferich cases, this report addresses only the status and scheduling issues that are relevant to the J.C. Penney case.

### Procedural Background

For purposes of this report, the following dates and events are relevant:

- On <u>December 23, 2011</u>, Helferich filed suit against J.C. Penney. (Dkt No. 1). At that time, the New York Times case was stayed pending reexamination of the patents-in-suit. *NYT Case*, Dkt. No. 75, entered March 23, 2011.

- On <u>January 27, 2012</u>, defendants CBS Corp., Bravo Media, LLC, The Bon-Ton Stores, Inc., and G4 Media, LLC filed motions to stay their respective cases pending reexamination of the patents-in-suit. *Helferich Patent Licencing LLC v. CBS Corp.*, No. 1:11-cv-7606, Dkt. No. 30; *Helferich Patent Licencing LLC v. Bravo Media, LLC.*, No. 1:11-cv-7647, Dkt. No. 31; *Helferich Patent Licencing LLC v. The Bon-Ton Stores, Inc.*, No. 1:11-cv-07189, Dkt. No. 38; *Helferich Patent Licencing LLC v. G4 Media, LLC*, No. 1:11-cv-07395, Dkt. No. 36.

- On <u>February 16, 2012</u>, defendant Best Buy Co., Inc. filed a similar motion to stay its case pending reexamination of the patents-in-suit. *Helferich Patent Licencing LLC v. Best Buy Co., Inc.*, No. 1:11-cv-06914, Dkt. No. 39.

- On <u>March 13, 2012</u>, Helferich and J.C. Penney filed a Report of the Parties Planning Meeting, including an agreed schedule for discovery consistent with the Local Patent Rules. (Dkt. No. 27). A copy of that Report is attached hereto as Exhibit A.

- On <u>March 21, 2012</u>, the J.C. Penney case was referred to Judge Gilbert for the purpose of conducting a settlement conference, (Dkt. No. 30), and on <u>March 22, 2012</u>, Judge Gilbert entered an order requiring the exchange of settlement letters consistent with the schedule entered in the other Helferich cases. (Dkt. No. 31).

- On <u>March 23, 2012</u>, Judge Pallmeyer entered the parties' scheduling order as proposed. (Dkt. No. 32).

- On <u>April 11, 2012</u>, Heflerich and J.C. Penney served initial disclosures and document production on one another, consistent with the scheduling order entered by Judge Pallmeyer.

- On <u>April 19, 2011</u>, this case was transferred to this Court for coordination, but not consolidation. *NYT Case*, Dkt. Nos. 143 and 144. During the April 19th motion hearing, the Court vacated all dates in the J.C. Penney case and asked the parties to submit a report of the status of the schedules in the various Helferich cases.

- On <u>May 2, 2012</u>, after reviewing the settlement submissions of J.C. Penney, Helferich, and the other defendants, Judge Gilbert entered an Order finding that "no useful purpose would be served by convening a global opening session of all parties in all related cases during the settlement conference scheduled for 5/17/12, i.e., a session attended by all those parties and their counsel at one time." *NYT Case*, Dkt. No. 145. Instead, Judge Gilbert "schedule[d] separate settlement conference sessions with Plaintiff and individual Defendants or smaller groups of Defendants…." *Id*. J.C. Penney's settlement conference is set for May 17, 2012 at 1:00 PM, without any other defendants present.

## **J.C. Penney's Position on Scheduling**

J.C. Penney has not sought a stay of proceedings, and intends to move forward in its case. J.C. Penney does not oppose the other defendants' motions to stay their cases pending reexaminations. The schedule (discussed below) would not be binding upon the other defendants, and would only govern the case between Helferich and J.C. Penney.

Judge Gilbert's Order separating the settlement conferences evidences that the J.C. Penney case is substantially different than those against the other defendants. Helferich previously agreed to the entry of a scheduling order in the J.C. Penney case, despite the pendency of the motions to stay brought by the other defendants in their cases. By seeking reexamination of the patents-in-suit, the other defendants will not only commit themselves to a substantially different litigation schedule, but will also further separate themselves from J.C. Penney with regard to the prior art, claims constructions, and validity/invalidity positions that will be litigated in this Court.

J.C. Penney proposes the entry of the following scheduling order in its case only. Although Helferich opposes this schedule, both Helferich and J.C. Penney have acknowledged that the requirements of the Local Patent Rules apply to this case. J.C. Penney's scheduling

3

proposal is consistent with the Local Patent Rules, modified to provide additional time for initial contentions, and to avoid conflicts with holidays.

| | |
|---|---|
| Plaintiff's Second Amended Complaint | March 14, 2012 |
| Defendant's Answer or Other Response to Second Amended Complaint | March 28, 2012 |
| Initial Disclosures (LPR 2.1) | April 11, 2012 |
| Initial Infringement Contentions (LPR 2.2) | June 7, 2012 |
| Final Date for Plaintiff to Amend Pleading or Join Parties | June 7, 2012 |
| Initial Non-Infringement, Unenforceability & Invalidity Contentions (LPR 2.3) | July 12, 2012 |
| Document Production Accompanying Invalidity Contentions (LPR 2.4) | July 12, 2012 |
| Initial Response To Invalidity Contentions (LPR 2.5) | August 9, 2012 |
| Final Infringement, Unenforceability & Invalidity Contentions (LPR 3.1) | November 1, 2012 |
| Final Non-Infringement, Enforceability and Validity Contentions (LPR 3.2) | November 29, 2012 |
| Document Production Accompanying Final Invalidity Contentions (LPR 3.3) | November 29, 2012 |
| Final Date to Seek Stay Pending Reexamination (LPR 3.5) | November 29, 2012 |
| Final Date for Defendant to Amend Pleading or Join Parties | November 29, 2012 |
| First Day Opinion of Counsel Evidence Becomes Discoverable (LPR 3.6(a)) | December 6, 2012 |
| Document Production for Parties Relying on Opinion of Counsel Defense Due (LPR 3.6(b)) | December 6, 2012 |
| Exchange of Claim Terms Needing Construction | December 13, 2012 |

#11195733_v1

| | |
|---|---|
| (LPR 4.1(a)) | |
| Deadline to Meet and Confer to Select at Most 10 Terms for Construction (LPR 4.1(b)) | December 20, 2012 |
| Initial Fact Discovery Close (LPR 1.3) | January 10, 2012 |
| Defendant's Opening Claim Construction Brief (LPR 4.2(a)) (25 page limit) | January 24, 2012 |
| Deadline for Filing Claim Construction Joint Appendix (LPR 4.2(b)) | January 24, 2012 |
| Plaintiff's Responsive Claim Construction Brief (LPR 4.2(c)) | February 21, 2013 |
| Defendant's Reply Claim Construction Brief (LPR 4.2(d)) | March 7, 2013 |
| Deadline for Supplementation under Rule 26(e) | March 7, 2013 |
| Joint Claim Construction Chart (LPR 4.2(f)) | March 14, 2013 |
| Claim Construction Hearing (LPR 4.3) (Unless otherwise ordered by the Court) | April 11, 2013 |
| Fact Discovery Re-Opens (LPR 1.3) | 28 Days After Ruling on Claims Construction |
| Fact Discovery Closes (LPR 1.3) | 42 Days After Ruling on Claims Construction |
| Initial Expert Disclosures (LPR 5.1(b)) | 21 Days After Fact Discovery Closes |
| Rebuttal Expert Disclosures (LPR 5.1(c)) | 35 Days After Fact Discovery Closes |

| | |
|---|---|
| Deadline to Complete Expert Depositions; Close of Expert Discovery (LPR 5.2) | 35 Days After Rebuttal Disclosures |
| Dispositive Motion Deadline (LPR 6.1) | 28 Days After Close of Expert Discovery |

Dated:  May 3, 2012                     Respectfully submitted,

                                        J.C. PENNEY CORPORATION, INC.

                                        /s/ Daniel L. Farris
                                        R. David Donoghue
                                        Daniel L. Farris
                                        HOLLAND & KNIGHT LLP
                                        131 South Dearborn Street, 30th floor
                                        Chicago, IL 60603
                                        Tel: (312) 263-3600
                                        Fax: (312)578-6666
                                        david.donoghue@hklaw.com
                                        daniel.farris@hklaw.com

                                        *Attorneys for Defendant J.C. Penney Corporation, Inc.*

**CERTIFICATE OF SERVICE**

      I, Daniel Farris, certify that on May 3, 2012, I personally caused to be served, by CM/ECF, electronic mail, and/or by depositing a copy of the same in the United States Postal Service first class mail, postage prepaid, a true and correct copy of J.C. Penney's Status and Scheduling Report to:

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603

Michael R. Weiner
(mweiner@marshallip.com)
Julianne M. Hartzell
(jhartzell@marshallip.com)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Brian M. Buroker
bburoker@gibsondunn.com
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20006

Kenneth Richieri
(richierk@nytimes.com)
The New York Times Company
620 Eighth Avenue, 17th Floor
New York, New York 10018

Michael M. Markman
mmarkman@cov.com
Robert Williams
rwilliams@cov.com
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111

David M. Airan
dairan@leydig.com
John K. Winn
jwinn@leydig.com
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Il 60601-6731

                                          /s/ Daniel L. Farris
                                          Daniel L. Farris