# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| Helferich Patent Licensing, LLC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11 C 9143 |
| J.C. Penney Company | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: For the reasons stated in the Court's 8/14/13 memorandum opinion and order, defendants' motion for summary judgment on the issue of patent exhaustion is granted [94], and HPL's motion for summary judgment is denied [110]. Judgment is entered in favor of defendants, and HPL's claims of patent infringement are dismissed .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Darrah on a motions for summary judgment.

Date: Aug 14, 2013

*Thomas G. Bruton, CLERK OF COURT*

Melanie A. Foster

*Signature of Clerk or Deputy Clerk*