AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO) P.O. Box 1450 Alexandria, VA 22313-1450 | REPORT ON THE FILING OF DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO. 11cv9143 | DATE FILED: 12/23/2011 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| **Plaintiff(s** Helferich Patent Licensing, LLC | **Defendant(s):** J.C. Penney Company | |
| PATENT NUMBER | DATE OF PATENT | HOLDER OF PATENT |
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT: | A stipulation of dismissal having been filed, this case is hereby closed. Status hearing set for 2/9/16 and claim construction hearing set for 2/24/16 is vacated. Civil case terminated. |
|---|---|
| **CLERK:** Thomas Bruton | **DEPUTY CLERK:** S. James | **DATE:** 10/28/15 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, an Illinois Limited Liability Company, Plaintiff, | ) ) ) ) | |
| v. | ) | No. 1:11-cv-9143 |
| | ) ) | |
| J.C. PENNEY COMPANY, INC., a Delaware Corporation, Defendant. | ) ) ) | (Jury Trial Demanded) |

## NOTICE OF CLAIMS INVOLVING PATENTS AND TRADEMARKS

Pursuant to Northern District of Illinois Local Rule 3.4, entitled, "Notice of Claims Involving Patents and Trademarks," Plaintiff hereby submits the following information to the Clerk of the Court:

1. Parties' Names and Addresses:

    Plaintiff(s):

    HELFERICH PATENT LICENSING, LLC
    70 West Madison Street, Three First National Plaza, Suite 1400
    Chicago, IL 60602

    Defendant(s):

    J.C. Penney Company, Inc.
    6501 Legacy Drive
    Plano, Texas 75024-3698

2. Name of the Inventor:

    Richard J. Helferich

3. The Patent No.(s) and Application(s) at Issue are as Follows:

- U.S. Patent No. 7,957,695, entitled "Method for Integrating Audio And Visual Messaging;" issued June 7, 2011.
- U.S. Patent No. 7,843,314, entitled "Paging Transceivers and Methods for Selectively Retrieving Messages;" issued November 30, 2010;
- U.S. Patent No. 7,835,757 entitled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued November 16, 2010;
- U.S. Patent No. 7,627,305, titled "Systems and Methods for Adding Information to a Directory Stored in a Mobile Device" issued December 1, 2009.
- U.S. Patent No. 7,499,716, titled "System and Method for Delivering Information to a Transmitting and Receiving Device" issued March 3, 2009.
- U.S. Patent No. 7,403,787, titled "Paging Transceivers and Methods for Selectively Retrieving Messages" issued July 22, 2008.
- U.S. Patent No. 7,376,432, titled "Paging Transceivers and Methods for Selectively Retrieving Messages" issued May 20, 2008.
- U.S. Patent No. 7,280,838, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued October 9, 2007.
- U.S. Patent No. 7,277,716, titled "Systems and Methods for Delivering Information to a Communication Device," issued October 2, 2007.
- U.S. Patent No. 7,242,951, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued July 10, 2007.
- U.S. Patent No. 7,155,241, titled "Systems and Methods for Enabling a User of a Communication Device to Manage Remote Information," issued December 26, 2006.
- U.S. Patent No. 7,146,157, titled "Systems and Methods for Downloading Audio Information to a Mobile Device," issued December 5, 2006.
- U.S. Patent No. 7,039,428, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued May 2, 2006.
- U.S. Patent No. 7,003,304, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued February 21, 2006.
- U.S. Patent No. 6,983,138, titled "User Interface for Message Access," issued January 3, 2006.

- U.S. Patent No. 6,826,407, titled "System and Method for Integrating Audio and Visual Messaging," issued November 30, 2004.
- U.S. Patent No. 6,696,921, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communications System," issued February 24, 2004.
- U.S. Patent No. 6,636,733, titled "Wireless Messaging Method," issued October 21, 2003.
- U.S. Patent No. 6,462,646, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communication System," issued October 8, 2002.
- U.S. Patent No. 6,459,360, titled "Networks, Communication Systems, Transmitting and Receiving Devices and Methods for Transmitting, Receiving, and Erasing Stored Information," issued October 1, 2002.
- U.S. Patent No. 6,259,892, titled "Pager Transceivers and Methods for Performing Action on Information at Desired Times," issued July 10, 2001.
- U.S. Patent No. 6,253,061, titled "Systems and Methods for Delivering Information to a Transmitting and Receiving Device," issued June 26, 2001.
- U.S. Patent No. 6,233,430, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued May 15, 2001.
- U.S. Patent No. 6,097,941, titled "User Interface for Voice Message Access," issued August 1, 2000.
- U.S. Patent No. 6,087,956, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued July 11, 2000.
- U.S. Patent Application No. 13/210, 223, titled "Wireless Messaging Systems and Methods."
- U.S. Patent Application No. 13/109,437, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."
- U.S. Patent Application No. 13/109,389, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."
- U.S. Patent Application No. 12/973,722, titled "Wireless Messaging Systems and Methods."
- U.S. Patent Application No. 12/580,189, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."
- U.S. Patent Application No. 12/367,358, titled "Content provision to subscribers via wireless transmission."

- U.S. Patent Application No. 12/267,436, titled "Wireless Messaging System."

- U.S. Patent Application No. 12/167,971, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."

- U.S. Patent Application No. 11/598,832, titled "Systems and Methods for Downloading Information to a Mobile Device."

- U.S. Patent Application No. 11/598,202, titled "Wireless Messaging System."

- U.S. Patent Application No. 10/958,731, titled "System and Method for Integrating Audio and Visual Messaging."

RESPECTFULLY SUBMITTED this 23rd day of December, 2011.

                LAW OFFICES OF STEVEN G. LISA, LTD.

                By:  */s/ Timothy Sperling*
                      Timothy D. Sperling
                      Attorney for Plaintiff


Steven G. Lisa (Ill. State Bar # 6187348)
Timothy Sperling (Ill. State Bar # 6283854)
Jon E. Kappes (Ill. State Bar # 6291678)
James D. Busch (Ill. State Bar # 6299217)
Mildred E. Park (Ill. State Bar # 6293523)
Donald J. Lisa (Ill. State Bar # 1673998)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Gerald D. Hosier (Ill. State Bar # 7059)
Law Offices Of Gerald D. Hosier, Ltd.
P.O. BOX 12354
ASPEN, CO 81612
Tel: (970) 920- 3475
Off: (970) 920-3475